# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-30372 |
| UNITED STATES OF AMERICA ROOFING, INC. | ) ) | |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor. | ) | |
| | ) | **Hearing Date: January 25, 2012** |
| | ) | **Hearing Time: 10:00 AM** |

## NOTICE OF TRUSTEE'S MOTION TO COMPEL ROBERT ALLEN DURCHSLAG TO ATTEND FINAL § 341 MEETING OF CREDITORS AND SHORTEN NOTICE

PLEASE TAKE NOTICE that on Wednesday, January 25, 2012, at 10:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Susan Pierson Sonderby, or any judge sitting in her stead, in Courtroom 642, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Trustee's Motion to Compel Robert Allen Durchslag to Attend Final § 341 Meeting of Creditors and Shorten Notice**, at which time and place you may appear as you see fit.

Dated: January 20, 2012

**N. NEVILLE REID, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of United States of America Roofing Inc.**

By:   */s/ N. Neville Reid*

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

# **CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on January 20, 2012, I caused a copy of the foregoing **Trustee's Motion to Compel Robert Allen Durchslag to Attend Final § 341 Meeting of Creditors and Shorten Notice** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system or by postage prepaid first-class U.S. Mail, as indicated.

> */s/ N. Neville Reid*
> N. Neville Reid

## SERVICE LIST

**Parties to receive notice by postage prepaid first-class U.S. Mail:**

United States of America Roofing Inc,  
936-940 East Chicago Street  
Elgin, IL 60120

Robert Durchslag  
1460 Sedona Ave.  
Aurora, IL 60504-3701

**Parties to receive notice electronically via CM/ECF:**

William J Connelly on behalf of Creditor The Hanover Insurance Group, et al.  
wconnelly@hinshawlaw.com

Patrick S Layng  
USTPRegion11.ES.ECF@usdoj.gov

N. Neville Reid  
nreid@fhslc.com, nreid@ecf.epiqsystems.com

Michael G Schultz on behalf of Creditor Ruiz Construction Systems, Inc.  
mgs@renozahm.com

John E. Sebastian on behalf of Creditor The Hanover Insurance Group  
jsebastian@hinshawlaw.com, kbailey@hinshawlaw.com

Daniel A Zazove on behalf of Creditor GAF Materials Corporation  
docketchi@perkinscoie.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-30372 |
| UNITED STATES OF AMERICA ROOFING, INC. | ) | |
| | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | **Hearing Date: January 25, 2012** |
| | ) | **Hearing Time: 10:00 AM** |

### TRUSTEE'S MOTION TO COMPEL ROBERT ALLEN DURCHSLAG TO ATTEND FINAL § 341 MEETING OF CREDITORS AND SHORTEN NOTICE

N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of United States of America Roofing Inc. (the "Debtor"), hereby moves this Court (the "Motion") for entry of an order pursuant to Rules 2003 and 4002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sections 105(a), 341, and 704(a) of Title 11 of the United States Code (the "Bankruptcy Code"), compelling Robert Allen Durchslag ("Durchslag") to attend the final § 341 meeting of creditors, and shortening notice hereof. In support of this Motion, the Trustee respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for relief requested herein are Sections 105(a), 341, and 704(a) of the Bankruptcy Code, as supplemented by Bankruptcy Rules 2003 and 4002.

**BACKGROUND**

3. On July 7, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed Philip V Martino as chapter 7 trustee. On July 13, 2010, Philip V Martino resigned as chapter 7 trustee, and the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4. According to the Debtor's Petition, Durchslag is the president of the Debtor.

5. On July 13, 2010, a meeting of creditors under Section 341(a) of the Bankruptcy Code (the "§ 341 Meeting") was set for August 30, 2010 at the Office of the United States Trustee in Chicago, Illinois. [Dkt. 12.] At the request of Durchslag, this meeting was rescheduled several times, and a meeting was to be held in the Fall of 2010 at the offices of Fox, Hefter, Swibel, Levin & Carroll, LLP ("FHSLC") at the same time as the § 341 meetings for Durchslag (Case No. 10-28986) and the Debtor's affiliate, Singles Roofing Co., Inc. ("Singles") (Case No. 10-28972). The Trustee was not able to commence the Debtor's § 341 Meeting and sought several times to reschedule another meeting. However, the Trustee was unable to hold another meeting due to medical issues of Durchslag, and Durchslag most recently could not commit to a definitive date to attend another meeting.

6. The Trustee seeks to gather and liquidate any potential assets for the benefit of creditors. The Trustee seeks to examine the Durchslag about Estate assets generally.

**RELIEF REQUESTED**

7. By this Motion, the Trustee requests that this Court enter an order compelling the Durchslag to attend the final § 341 Meeting on or before February 10, 2012, pursuant to

Bankruptcy Rules 2003 and 4002, in furtherance of the Trustee's duties under Sections 341 and 704(a) of the Bankruptcy Code.

**BASIS FOR RELIEF**

8. Bankruptcy Rule 4002(a) specifically requires the Debtor to "attend and submit to an examination at the times ordered by the court" and to "cooperate with the trustee in the . . . administration of the estate." Bankr. R. 4002(a)(1), (4).

9. Section 105(a) of the Bankruptcy Code empowers the Court with the authority to assist the Trustee in carrying out his duties by providing that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a).

10. While the Trustee respects Durchslag's privacy, the Trustee is concerned that without a court order requiring attendance at a final meeting by a date certain Durchslag may not treat the final meeting with appropriate urgency. The Trustee therefore requests that Durchslag be compelled to attend such a meeting on or before February 10, 2012, unless the Trustee receives by February 1, 2012 a note from a physician of Durchslag indicating he cannot attend, in which case (i) such note shall indicate the earliest date Durchslag can attend the meeting (the "Available Date") and (ii) the continued meeting shall be held within 5 days after such Available Date.

**NOTICE**

11. Notice of this Motion has been given to: (a) the Debtor; (b) the United States Trustee for the Northern District of Illinois; (c) Durchslag; (d) all parties who have requested notice pursuant to Bankruptcy Rule 2002; and (e) all parties set up to receive notice through the Court's ECF filing system. The Trustee acknowledges that five days' notice has been provided

3

of this Motion instead of the required seven days' notice required by Local Rule 9013-1(D)(1), but submits that, in light of the nature of the relief requested, no other or further notice hereof need be given. Thus, the Trustee requests that the Court waive any further notice of this Motion under Bankruptcy Rule 9006(c)(1).

WHEREFORE, the Trustee respectfully requests that this Court enter an order substantially in the form of the attached hereto, compelling Durchslag to attend the final § 341 Meeting at FHSLC on or before February 10, 2012, unless Durchslag's physician submits a statement to the Trustee indicating that Durchslag cannot appear at the final § 341 Meeting for medical reasons (in which case Durchslag shall appear within 5 days after the earliest date such physician indicates Durchslag is available) and grant such other and further relief as this Court deems just.

Dated: January 20, 2012                    Respectfully submitted,

                                           **N. NEVILLE REID, not individually, but solely in his capacity as chapter 7 trustee for the bankruptcy estate of United States of America Roofing Inc.**

                                           By:    */s/ N. Neville Reid*

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

4